United States District Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:20-CR-00535 |
| | § | |
| ZHENG MIRANDA ZHOU<br>KUN BRUCE LIN | § | |

**EXCLUDABLE DELAY ORDER**

The Court has considered the Unopposed Motion for Continuance and based on the representations made in the Unopposed Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion for Continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, October 21, 2026, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by December 21, 2026

Responses shall be filed by January 11, 2026

A pretrial conference is set for January 28, 2027, at 2:30 pm.

Trial in this case is set for February 1, 2027, at 9:00 am.

Signed on October 21, 2026.

Alfred H. Bennett
United States District Judge